**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __**12**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).**
**For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Star Farms, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **20-0899547** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1514 Weld County Road 37** <br> **Brighton, CO 80601** <br> Number, Street, City, State & ZIP Code | **PO Box 742** <br> **Commerce City, CO 80037-0742** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Adams** <br> County | **Location of principal assets, if different from principal place of business** |
| | **1514 Weld County Road 37 Brighton, CO 80601** <br> Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL) _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Star Farms, Inc.**
_____    Case number (*if known*) _____
Name

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply.*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☒ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Star Farms, Inc.**                                                Case number (*if known*) _____
       Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***     *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                      Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency  _____
             Contact name    _____
             Phone            _____

      **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .  *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Star Farms, Inc.**                                    Case number (*if known*)
          Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Star Farms, Inc.** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 26, 2023**
              MM / DD / YYYY

X **/s/ Angelo Palombo**                              **Angelo Palombo**
  Signature of authorized representative of debtor      Printed name

Title    **CEO**

**18. Signature of attorney**

X **/s/ Guy Humphries**                      Date **July 26, 2023**
  Signature of attorney for debtor                 MM / DD / YYYY

**Guy Humphries**
Printed name

**Guy Humphries, Attorney at Law**
Firm name

**7761 Shaffer Pkwy Ste 105**
**Littleton, CO 80127-3728**
Number, Street, City, State & ZIP Code

Contact phone    **(303) 832-0029**    Email address    **guyhumphries@msn.com**

**10541**
Bar number and State

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                        Case No. _____

Star Farms, Inc._____ Chapter **12**_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **July 26, 2023**_____         Signature: **/s/ Angelo Palombo**_____
                                                    **Angelo Palombo, CEO**                              Debtor


Date: _____         Signature: _____
                                                                                     Joint Debtor, if any

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Adams County Attorney
4430 S Adams County Pkwy
Brighton, CO  80601-8222


Agustin Arce Gome
1504 WCR # 37
Lochbuie, CO  80603


Alberto Angel Vera Chavez
78 W Walnut St Apt 301
Brighton, CO  80601-2851


Alonso Isreal Martinez Hernandez
1504 WCR # 37
Lochbuie, CO  80603


Alonso Rojas Reyes
131 W Egbert St Apt 103
Brighton, CO  80601-2837


Angelo Palombo
2525 E 104th Ave Unit 1513
Thornton, CO  80233-6188


Anita Thrap
472 Birch Ave
Brighton, CO  80601-2944

Arant Law
19751 E Mainstreet
Parker, CO  80138-7378

Aurelio Torres
PO Box 1932
Commerce City, CO  80037-1932

Benito Santana Lopez
131 W Egbert St Apt 103
Brighton, CO  80601-2837

Blue Vine
401 Warren St
Redwood City, CA  94063-1578

C T Corporation System
330 N Brand Blvd
Glendale, CA  91203-2308

Carlos Manuel Lara Medina
131 W Egbert St Apt 103
Brighton, CO  80601-2837

Century Lin
PO Box 29040
Phoenix, AZ  85038-9040

Christian Torres Ramirez
78 W Walnut St Apt 301
Brighton, CO  80601-2851


Churchill Funding LLC
1800 Camden Rd
Charlotte, NC  28203-4690


City of Thornton
9500 Civic Center Dr
Thornton, CO  80229-4326


Clemente Marcelino Rojas Morales
131 W Egbert St Apt 103
Brighton, CO  80601-2837


CMS Commercial Regrigeration & Heating
1500 W Thornton Pkwy Lot 460
Thornton, CO  80260-5439


Colo Dept of Labor and Unemployment
PO Box 956
Denver, CO  80201-0956


Colorado Attorney General
1300 N Broadway Fl 7
Denver, CO  80203-2104

```
Colorado Department Of Revenue
Attn: Bankruptcy Department
1375 Sherman St Rm 504
Denver, CO  80261-3000


Corporation Service Company
PO Box 2576
Springfield, IL  62708-2576


County Manager-Adams County
4430 S Adams County Pkwy
Brighton, CO  80601-8222


Crestone Brighton Partners, LLC
2589 Bitterroot Pl
Highlands Ranch, CO  80129-6475


Cynthia Pierog
4242 E Bromley Ln Apt F202
Brighton, CO  80601-7817


Daniel Salinas
6781 Albion St
Commerce City, CO  80022-2384


David Aguirre
7568 Kearney St
Commerce City, CO  80022-1336
```

David Fogel, Esq.
1225 Franklin Ave Ste 201
Garden City, NY  11530-1890


Edgar Jesus Bonilla Velasco
65 N Kuner Rd Apt 211
Brighton, CO  80601-2891


Eduardo Zuniga Martinez
78 W Walnut St Apt 307
Brighton, CO  80601-2851


Enrique Flores Olivares
730 Mather St Apt 1D
Brighton, CO  80601-3135


Enviro Gas
125 W Bridge St Ste F
Brighton, CO  80601-2834


Erik Omar Hernandez Rodriguez
78 W Walnut St Apt 301
Brighton, CO  80601-2851


Esteban Gamora
6791 Highway 2 Lot 52
Commerce City, CO  80022-2411

Fausto Efrain Vera Chavez
78 W Walnut St Apt 301
Brighton, CO  80601-2851


Feliciano Guzman Gomez
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


Felipe Lara Alvarez
131 W Egbert St Apt 103
Brighton, CO  80601-2837


Fintegra
99 Wall St Ste 686
New York, NY  10005-4301


First Corporate Solutions
914 S St
Sacramento, CA  95811-7025


Fox Capital Group, LLC
706 E 35th St
Savannah, GA  31401-8230


Francisco Gomora Valdez
78 W Walnut St Apt 307
Brighton, CO  80601-2851

Francisco Martinez Reyes
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


Francisco Torres
PO Box 1932
Commerce City, CO  80037


Fundonatic
20200 W Dixie Hwy Ste 908
Miami, FL  33180-1926


Fundworks
5990 Sepulveda Blvd Ste 300
Van Nuys, CA  91411-2523


Gabriel Salinas
78 W Walnut St Apt 307
Brighton, CO  80601-2851


Gaudencio Gonzalez Sanchez
180 S 20th Ave Apt B2
Brighton, CO  80601-2540


German Lopez Garrido
78 W Walnut St Apt 307
Brighton, CO  80601-2851

Inspire Residential
6000 E Evans Ave Ste 1-110
Denver, CO  80222-5412


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


IRS District Counsel
600 17th St Ste 300
Denver, CO  80202-5446


Itrade Network
4160 Dublin Blvd Ste 310
Dublin, CA  94568-7756


Ivan Jimenez Velez
180 S 20th Ave Apt B2
Brighton, CO  80601-2540


Ivan Romero Fernandez
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


J Jesus Valadez Saldana
78 W Walnut St Apt 301
Brighton, CO  80601-2851

Jesus David Lara Torres
78 W Walnut St Apt 301
Brighton, CO  80601-2851


Jesus Romero Rojas
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


Jill Klancke, Esq.
2833 S Colorado Blvd
Denver, CO  80222-6609


Jose Alfredo Hernandez Lopez
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


Jose Antonio Alpizar Gonzales
1504 WCR # 37
Lochbuie, CO  80603


Jose Carlos Huerta Ambrosio
180 S 20th Ave Apt B2
Brighton, CO  80601-2540


Jose Flores Velez
730 Mather St Apt 1D
Brighton, CO  80601-3135

```
Jose Guadalupe Sanchez Gomez
1504 WCR # 37
Lochbuie, CO  80603


Jose Isabel Salinas Sanabria
1504 WCR # 37
Lochbuie, CO  80603


Jose Marcos Flores Velez
730 Mather St Apt 1D
Brighton, CO  80601-3135


Jose Trinidad Salinas Arce
1504 WCR # 37
Lochbuie, CO  80603


Jose Zuniga Martinez
78 W Walnut St Apt 307
Brighton, CO  80601-2851


Juan Contreras Cerro
78 W Walnut St Apt 307
Brighton, CO  80601-2851


Kings Funding
1270 Avenue of the Americas Ste 811
New York, NY  10020
```

```
Kosmiski Family Partnership, LLLP
13854 Ashgrove Cir
Parker, CO  80134-3931


Kristi Bunge, Esq.
Springman, Braden, Wilson &
4175 Harlan St Ste 200
Wheat Ridge, CO  80033-5150


Leticia Serrano
7110 Highway 2 Lot 24
Commerce City, CO  80022-2081


Lieberman and Klestzick
PO Box 356
Cedarhurst, NY  11516-0356


Long Distance Consolidated Billing CO
4010 W Walton Blvd Ste B
Waterford Township, MI  48329-4192


Luis David Martinez Morales
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


Luis Fernando Huerta Ambrocio
730 Mather St Apt 1D
Brighton, CO  80601-3135
```

Manuel Osorio Castillo
1504 WCR # 37
Lochbuie, CO  80603


Marco Antonio Salinas Arce
1504 WCR # 37
Lochbuie, CO  80603


Marcos Alonzo Sanchez Medrano
730 Mather St Apt 1D
Brighton, CO  80601-3135


Maria Del Carmen Gomora Valdes
78 W Walnut St Apt 307
Brighton, CO  80601-2851


Mario Moises Garcia Viurquez
78 W Walnut St Apt 301
Brighton, CO  80601-2851


Mark Villano Produce CO
13316 Olive St
Thornton, CO  80602-8162


Martin Angel Arce Gomez
1504 WCR # 37
Lochbuie, CO  80603

```
Martin Salinas Lopez
131 W Egbert St Apt 103
Brighton, CO  80601-2837


Martina Gamora
1504 WCR # 37
Brighton, CO  80601


Mauricio Valdes Martinez
131 W Egbert St Apt 103
Brighton, CO  80601-2837


Moises Zuniga
1504 WCR # 37
Brighton, CO  80601


Mountain Sales & Service
6759 E 50th Ave
Commerce City, CO  80022-4618


Neftali Morales Ramirez
180 S 20th Ave Apt B2
Brighton, CO  80601-2540


Nicolas Lopez Rosas
730 Mather St Apt 1D
Brighton, CO  80601-3135
```

Noe Ly rubicel Rojas Sanchez
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


On Deck
901 N Stuart St Ste 700
Arlington, VA  22203-4129


One Network
4055 Valley View Ln Ste 1000
Dallas, TX  75244-5069


Oscar Gonzales Hernandez
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


Oscar Gonzalez Camacho
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


Pedro Alejandro Bonilla Velasco
65 N Kuner Rd Apt 211
Brighton, CO  80601-2891


Pinnacol Assurance
PO Box 561434
Denver, CO  80012

```
Pinnacol Assurance
7501 E Lowry Blvd
Denver, CO  80230-7006


Procurant
180 Westridge Dr Ste 100
Watsonville, CA  95076-6683


Quick Capital Funding
2525 Main St
Irvine, CA  92614-6682


Rebecaa Margarita Nava Gomora
78 W Walnut St Apt 307
Brighton, CO  80601-2851


Rene Salinas Lara
1504 WCR # 37
Lochbuie, CO  80603


Reymundo Zuniga
PO Box 156
Commerce City, CO  80022


Ricardo Reyes Rojas
131 W Egbert St Apt 103
Brighton, CO  80601-2837
```

Rodolfo Salinas Javier
1504 WCR # 37
Lochbuie, CO  80603


Roger Jesus Reyes Arce
131 W Egbert St Apt 103
Brighton, CO  80601-2837


Samuel Rojas Reyes
131 W Egbert St Apt 103
Brighton, CO  80601-2837


Samuel Vidal Velasco
78 W Walnut St Apt 307
Brighton, CO  80601-2851


Saul Salinas Mendosa
131 W Egbert St Apt 103
Brighton, CO  80601-2837


Secured Lender Solutions
PO Box 2576
Springfield, IL  62708-2576


Simon Depaz
7463 Kearney St
Commerce City, CO  80022-1334

```
Thornton City Attorney
9500 Civic Center Dr
Thornton, CO  80229-4326


UCC Filer 2
5150 Tamiami Trl N
Naples, FL  34103-2812


Ulises Romero Fernandes
55 N Kuner Rd Apt 212
Brighton, CO  80601-2889


United Power
500 Cooperative Way
Brighton, CO  80603-8728


United Site Services
PO Box 660475
Dallas, TX  75266-0475


United Vision Logistics
PO Box 975357
Dallas, TX  75397-5357


Universal Chain Inc.
3461 Ringsby Ct Ste 150
Denver, CO  80216-4945
```

```
US Bank
PO Box 790408
Saint Louis, MO   63101


Vicente Roman Reynoso
55 N Kuner Rd Apt 212
Brighton, CO   80601-2889


Vicente Zuniga
7280 E 74th Ave
Commerce City, CO   80022-1608


Waste Connections of Colorado
5500 Franklin St
Denver, CO   80216-1538


Westfield Insurance
Cherry Creek Ins Group
155 Inverness Dr W
Centennial, CO   80112-5095


Wolters Kluwer
2700 Lake Cook Rd
Riverwoods, IL   60015-3867


Xcel Energy
PO Box 9477
Minneapolis, MN   55484-0001
```