**Fill in this information to identify the case:**

Debtor name **Star Farms, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **23-13320**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ **2,860,669.32**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ **2,860,669.32**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **813,531.88**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ **391,311.68**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **2,373,662.02**

4. Total liabilities ................................................................................................................
   Lines 2 + 3a + 3b          $ **3,578,505.58**

| Fill in this information to identify the case: |
| --- |
| Debtor name     **Star Farms, Inc.** |
| United States Bankruptcy Court for the:   DISTRICT OF COLORADO |
| Case number (if known)   **23-13320** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **US Bank** | **Checking** | | $0.00 |
| 3.2. | **Chase Bank** | **Checking** | | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

| | | | |
| --- | --- | --- | --- |
| 4.1. | **Balance of Retainer paid to Cohen, LLC** | | $2,722.32 |

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,722.32 |
| --- |

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Star Farms, Inc.**
Name

Case number *(If known)* **23-13320**

■ Yes Fill in the information below.

| | | | | | |
|---|---|---|---|---|---|
| 11. | **Accounts receivable** | | | | |
| | 11a. 90 days old or less: | **211,047.00** | - | **0.00** | = .... | **$211,047.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$211,047.00** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

<div style="background:black;color:white">**Part 4:**</div> **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<div style="background:black;color:white">**Part 5:**</div> **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<div style="background:black;color:white">**Part 6:**</div> **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops-either planted or harvested** <br>**Growing Crops** <br>**(See Attachment)** | **$2,300,000.00** | **Projected Yield** | **$2,300,000.00** |
| 29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.  **Farm machinery and equipment** *(Other than titled motor vehicles)* <br>**Farm Equipment** <br>**(See Attachment)** | **$272,150.00** | **Auction** | **$272,150.00** |
| **Farm Vehicles** <br>**(See Attachment)** | **$74,750.00** | **Auction** | **$74,750.00** |

| | | |
|---|---|---|
| 31. | **Farm and fishing supplies, chemicals, and feed** | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | |

| | | |
|---|---|---|
| 33. | **Total of Part 6.** | **$2,646,900.00** |
| | Add lines 28 through 32.  Copy the total to line 85. | |

34.     **Is the debtor a member of an agricultural cooperative?**
         ■ No

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor      **Star Farms, Inc.**                                      Case number *(If known)*  **23-13320**
           <sub>Name</sub>

☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
      ■ No
      ☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **NOLs** _____   Tax year _____   **unknown**

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Star Farms, Inc.**                                              Case number *(If known)* **23-13320**
_____
Name

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      **Contract right to purchase real estate from Kosmiski Family Partnership, LLLP**                                          **unknown**

78.   **Total of Part 11.**
      Add lines 71 through 77. Copy the total to line 90.                     | **$0.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Star Farms, Inc.**
_____   Case number *(If known)*  **23-13320**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,722.32** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$211,047.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$2,646,900.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$2,860,669.32** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$2,860,669.32** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

### Items Sorted by Farm Location

| Acres | Item | Location |
|---|---|---|
| 20 | Peppers | Shop - 1876 CR37 |
| 5 | Eggplant | Shop - 1876 CR37 |
| 2 | Celery Root | Shop - 1876 CR37 |
| 8 | Tomatillo | Shop - 1876 CR37 |
| 5 | Zucchini | Shop - 1876 CR37 |
| 3 | Yellow Sq | Shop - 1876 CR37 |
| 4 | Beets | Shop - 1876 CR37 |
| 8 | Celery | Shop - 1876 CR37 |
| 1 | Green Beans | Warehouse - 1514 CR37 |
| 5 | Savoy Cabbage | Warehouse - 1514 CR37 |
| 16 | Cucumbers | Warehouse - 1514 CR37 |
| 7 | Asparagus | Warehouse - 1514 CR37 |
| 9 | Hard Squash | Holland - CR 8 |
| 5 | Rutabaga | Holland - CR 8 |
| 5 | Beets | Holland - CR 8 |
| 5 | Celery | Leon Farms North - CR 8 |
| 5 | Red Cabbage | Leon Farms North - CR 8 |
| 10 | Zucchini | Leon Farms North - CR 8 |
| 5 | Yellow Sq | Leon Farms North - CR 8 |
| 2 | Green Beans | Leon Farms North - CR 8 |
| 4 | Napa Cabbage | Leon Farms North - CR 8 |
| 4 | Turnips | Leon Farms North - CR 8 |
| 15 | Cucumbers 2 | English Sprinkler - CR 41 |
| 30 | Cucumbers 1 | English Sprinkler - CR 41 |
| 3 | Napa Cabbage 1 | English Sprinkler - CR 41 |
| 3 | Bok Choy 1 | English Sprinkler - CR 41 |
| 30 | Hard Squash | English Sprinkler - CR 41 |
| 2 | Turnip | English Sprinkler - CR 41 |
| 2 | Rutabaga | English Sprinkler - CR 41 |

### Items sorted by Item

| Acres | Item | Location |
|---|---|---|
| 7 | Asparagus | Warehouse - 1514 CR37 |
| 4 | Beets | Shop - 1876 CR37 |
| 5 | Beets | Holland - CR 8 |
| 7 | Beets | Adams County 104th Ave |
| 3 | Bok Choy | Leon Farm South - 104th Ave |
| 3 | Bok Choy 1 | English Sprinkler - CR 41 |
| 3 | Bok Choy 2 | English Sprinkler - CR 41 |
| 5 | Broccoli | Leon Farm South - 104th Ave |
| 10 | Cabbage | English Sprinkler - CR 41 |
| 32 | Cabbage | Spayd Sprinkler - CR 16 |
| 11 | Cabbage | Thornton - 104th  Ave |
| 10 | Cabbage | Adams County 104th Ave |
| 5 | Cauliflower | Leon Farm South - 104th Ave |
| 5 | Celery | Leon Farms North - CR 8 |
| 8 | Celery | Shop - 1876 CR37 |
| 2 | Celery Root | Shop - 1876 CR37 |
| 16 | Cucumbers | Warehouse - 1514 CR37 |
| 30 | Cucumbers 1 | English Sprinkler - CR 41 |
| 15 | Cucumbers 2 | English Sprinkler - CR 41 |
| 5 | Eggplant | Shop - 1876 CR37 |
| 1 | Green Beans | Warehouse - 1514 CR37 |
| 2 | Green Beans | Leon Farms North - CR 8 |
| 5 | Greens | English Sprinkler - CR 41 |
| 6 | Greens | Adams County 104th Ave |
| 8 | Greens | Adams County 104th Ave |
| 9 | Hard Squash | Holland - CR 8 |
| 30 | Hard Squash | English Sprinkler - CR 41 |
| 5 | Hard Squash | Spayd Sprinkler - CR 16 |
| 25 | Hard Squash 2 | English Sprinkler - CR 41 |
| 4 | Napa Cabbage | Leon Farms North - CR 8 |
| 3 | Napa Cabbage | Leon Farm South - 104th Ave |
| 3 | Napa Cabbage 1 | English Sprinkler - CR 41 |
| 3 | Napa Cabbage 2 | English Sprinkler - CR 41 |

| | | |
|---|---|---|
| 10 | Cabbage | English Sprinkler - CR 41 |
| 3 | Napa Cabbage 2 | English Sprinkler - CR 41 |
| 3 | Bok Choy 2 | English Sprinkler - CR 41 |
| 5 | Greens | English Sprinkler - CR 41 |
| 25 | Hard Squash 2 | English Sprinkler - CR 41 |
| | | |
| 32 | Cabbage | Spayd Sprinkler - CR 16 |
| 32 | Pumpkins | Spayd Sprinkler - CR 16 |
| 5 | Hard Squash | Spayd Sprinkler - CR 16 |
| | | |
| 15 | Zucchini | Leon Farm South - 104th Ave |
| 8 | Yellow Sq | Leon Farm South - 104th Ave |
| 5 | Cauliflower | Leon Farm South - 104th Ave |
| 5 | Broccoli | Leon Farm South - 104th Ave |
| 3 | Napa Cabbage | Leon Farm South - 104th Ave |
| 3 | Bok Choy | Leon Farm South - 104th Ave |
| | | |
| 11 | Cabbage | Thornton - 104th  Ave |
| | | |
| 3 | Spinach | Adams County 104th Ave |
| 7 | Beets | Adams County 104th Ave |
| 14 | Parsley | Adams County 104th Ave |
| 6 | Greens | Adams County 104th Ave |
| 10 | Pumpkins | Adams County 104th Ave |
| 10 | Cabbage | Adams County 104th Ave |
| 8 | Greens | Adams County 104th Ave |
| 10 | Turnips | Adams County 104th Ave |
| 10 | Rutabaga | Adams County 104th Ave |
| | | |
| 5 | Parsnips | Villano - Hudson |

| | | |
|---|---|---|
| 14 | Parsley | Adams County 104th Ave |
| 5 | Parsnips | Villano - Hudson |
| 20 | Peppers | Shop - 1876 CR37 |
| 32 | Pumpkins | Spayd Sprinkler - CR 16 |
| 10 | Pumpkins | Adams County 104th Ave |
| 5 | Red Cabbage | Leon Farms North - CR 8 |
| 5 | Rutabaga | Holland - CR 8 |
| 2 | Rutabaga | English Sprinkler - CR 41 |
| 10 | Rutabaga | Adams County 104th Ave |
| 5 | Savoy Cabbage | Warehouse - 1514 CR37 |
| 3 | Spinach | Adams County 104th Ave |
| 8 | Tomatillo | Shop - 1876 CR37 |
| 2 | Turnip | English Sprinkler - CR 41 |
| 4 | Turnips | Leon Farms North - CR 8 |
| 10 | Turnips | Adams County 104th Ave |
| 3 | Yellow Sq | Shop - 1876 CR37 |
| 5 | Yellow Sq | Leon Farms North - CR 8 |
| 8 | Yellow Sq | Leon Farm South - 104th Ave |
| 5 | Zucchini | Shop - 1876 CR37 |
| 10 | Zucchini | Leon Farms North - CR 8 |
| 15 | Zucchini | Leon Farm South - 104th Ave |

## Tractors and Equipment

| Item | Make | Model/Item | Body type | VIN/SN | Value | |
|------|------|-----------|-----------|--------|-------|--|
| 1 | John Deere | 3010 | Tractor | 11T23975 | $ | 8,000.00 |
| 2 | John Deere | 4020 | Tractor/Sprayer | | $ | 12,000.00 |
| 3 | John Deere | 4240 | Tractor | 6466DR-02 104966RC | $ | 15,000.00 |
| 4 | John Deere | 4000 | Tractor | 316489R | $ | 10,000.00 |
| 5 | John Deere | 4020 | Tractor | SNT213R124886R | $ | 10,000.00 |
| 6 | John Deere | 4440 | Tractor | 6466TH-02 147731R6 | $ | 18,000.00 |
| 7 | John Deere | 4440 | Tractor | 4440H 015824R | $ | 18,000.00 |
| 8 | John Deere | 4440 - Sprayer | Tractor | 049750RG | $ | 18,000.00 |
| 9 | John Deere | 4450 | Tractor | SB466586725RG | $ | 23,000.00 |
| 10 | John Deere | 4850 | Tractor | RG6466A235666 | $ | 7,500.00 |
| 11 | John Deere | 2950 Loader | Tractor | 615192CD | $ | 5,000.00 |
| 12 | John Deere | 2755 | Tractor | | $ | 8,000.00 |
| 13 | John Deere | 2510 | Tractor | | $ | 3,000.00 |
| 14 | John Deere | 8200T | Tractor | rw8200t902004 | $ | 35,000.00 |
| 15 | John Deere | 6600 | Combine | | $ | 1,000.00 |
| 16 | International | 86 | Tractor | 26800270009272 | $ | 3,000.00 |
| 17 | International | Farmall Super C | Tractor | 351132-R1 | $ | 1,000.00 |
| 18 | Daewoo | D25S Forklift | Forklift | 15-03408 | $ | 3,000.00 |
| 19 | Daewoo | D25S Forklift | Forklift | | $ | 3,000.00 |
| 20 | Toyota | GCU25 | Forklift | 63534 | $ | 3,000.00 |
| 21 | Nissan | 30 | Forklift | MA01L15S | $ | 500.00 |
| 22 | Nissan | PJ01A15PV | Forklift | PJ01-9G0688 | $ | 3,000.00 |
| 23 | New Holland | L783 Skidster | Skidster | 836831 | $ | 3,000.00 |
| 24 | Hytrol | Asparagus Packing/Cutting Line | | | $ | 500.00 |
| 25 | Tri Pak | Cabbage Packing Line | | | $ | 500.00 |
| 26 | Tri Pak | Onion Packing Line | | | $ | 2,500.00 |
| 27 | Tri Pak | Cucumber Pkg Line | | | $ | 1,000.00 |
| 28 | Urschel | Onion Dicer | | | $ | 500.00 |
| 29 | Urschel | Onion Spinner | | | $ | 100.00 |
| 30 | Urschel | Onion Slicer | | | $ | 100.00 |
| 31 | | Vacuum Bag Sealer | | | $ | 250.00 |
| 32 | | Onion wash tank | | | $ | 250.00 |
| 33 | | Stainless Steel Onion Wash tank w/elevator | | | $ | 500.00 |
| 34 | | Stainless Steel conveyor belts | | | $ | 500.00 |
| 35 | Clarksville | Hydrocooler | | | $ | 200.00 |
| 36 | Freeman | 20ea | Box Wgn | | $ | 15,000.00 |
| 37 | Lockwood | Onion Piler | | | $ | 500.00 |
| 38 | Lockwood | Onion Piler | | | $ | 500.00 |
| 39 | | Sack onion loader | | | $ | 500.00 |
| 40 | | 4 Row - 4 Bar Cultivator | | | $ | 200.00 |
| 41 | | 6 Row Milton Drill | | | $ | 500.00 |
| 42 | | John Deere 355 Disc | | | $ | 250.00 |

| 43 | | 6 Row Milton Cabbage Drill w/ bedder | | | $ | 1,500.00 |
| 44 | | 4 Row Bedder | | | $ | 500.00 |
| 45 | | Brillion Ripper | | | $ | 500.00 |
| 46 | | John Deere 4600 5 Bottom Plow | | | $ | 1,500.00 |
| 47 | | Oliver 4 Bottom Plow | | | $ | 350.00 |
| 48 | | 6 Row Double Line Milton Drill With Bedder | | | $ | 2,000.00 |
| 49 | | 4 Row Milton Drill | | | $ | 500.00 |
| 50 | | Eversman 16ft Roto Tiller | | | $ | 1,000.00 |
| 51 | | 6ft Bush Hog | | | $ | 400.00 |
| 52 | | Brillion 14ft Mulcher | | | $ | 300.00 |
| 53 | | Alloway 2040 6row Cultivator | | | $ | 800.00 |
| 54 | | 6 Row Double Line Milton Drill | | | $ | 1,500.00 |
| 55 | | 300gal 3pt fertilizer applicator | | | $ | 500.00 |
| 56 | | 6Row 4 bar cultivator | | | $ | 300.00 |
| 57 | | John Deere 22ft Field Cultivator | | | $ | 1,000.00 |
| 58 | | John Deere 18ft Double Offset Disc | | | $ | 1,500.00 |
| 59 | | John Deere 15ft Disc | | | $ | 1,000.00 |
| 60 | | John Deere Hydraulic 10ft Blade | | | $ | 1,000.00 |
| 61 | | 3pt Field Pack Cabbage Line | | | $ | 500.00 |
| 62 | | 3pt Conveyor for Cucumber - blue | | | $ | 500.00 |
| 63 | | 3pt - 60ft Conveyor for Cucumber | | | $ | 2,500.00 |
| 64 | | Parma Onion Undercutter | | | $ | 500.00 |
| 65 | | 12ft Pull Type Scraper | | | $ | 300.00 |
| 66 | | Parma Onion Harvester | | | $ | 2,000.00 |
| 67 | | 6 Row Bedder/Corrugator | | | $ | 500.00 |
| 68 | | 15ft International Disc | | | $ | 500.00 |
| 69 | | 6 Row 3 Bar Cultivator | | | $ | 300.00 |
| 70 | | John Deere 400 Rotary Hoe | | | $ | 300.00 |
| 71 | | 4 Row Bedder/Corrugator | | | $ | 500.00 |
| 72 | | John Deere 9ft manual Blade | | | $ | 500.00 |
| 73 | | 4 Row - Row cutter | | | $ | 350.00 |
| 74 | | John Deere 935 Land Plane # 1 | | | $ | 350.00 |
| 75 | | Kewanee 15ft Mulcher | | | $ | 1,000.00 |
| 76 | | Brillion 5 Shank Ripper | | | $ | 500.00 |
| 77 | | 3pt 6ft Ditcher | | | $ | 750.00 |
| 78 | | 28ft John Deere Field Cultivator | | | $ | 1,500.00 |
| 79 | | International 140 Plow | | | $ | 750.00 |
| 80 | | Milton 6 Row Drill | | | $ | 750.00 |
| 81 | | Milton 4 Row Double Line Drill W/ Bedder 1 | | | $ | 1,000.00 |
| 82 | | Milton 4 Row Double Line Drill W/ Bedder 2 | | | $ | 1,000.00 |
| 83 | | Milton 4 Row Double Line Drill W/ Bedder 3 | | | $ | 1,000.00 |
| 84 | | Milton 4 Row Double Line Drill W/ Bedder 4 | | | $ | 1,000.00 |
| 85 | | 6 Row 2 Bar Cultivator | | | $ | 250.00 |
| 86 | | 4 Row 2 Bar Cultivator | | | $ | 250.00 |
| 87 | | 6 Row Hydraulic Row Cutter | | | $ | 300.00 |

| 88 | | John Deere 15ft Disc | | | $ | 500.00 |
| 89 | | 100 Ton Cooler Refrigeration unit | | | $ | 500.00 |
| | | | | Euipment Value | $ | 272,150.00 |

# Vehicles

| | Year | Make | Model/Item | Body type | Value | | VIN/SN |
|---|---|---|---|---|---|---|---|
| 1 | 1993 | Atoka | Flatbed Trailer | TRLR | $ | 5,000.00 | 1A9L6572XPA245123 |
| 2 | 1997 | Chevrolet | Venture | TK | $ | 1,000.00 | 1GNDX03E4VD165321 |
| 3 | 2009 | Chevrolet | Impala LS | PPRC | $ | 1,500.00 | 2G1WB57K791212056 |
| 4 | 1991 | Chevrolet | S10 Truck | TK | $ | - | 1GCCS14Z4M8223185 |
| 5 | 1972 | Chevrolet | Beet Truck | PU | $ | 1,000.00 | CCE532V154310 |
| 6 | 1976 | Chevrolet | Beet Truck | PU | $ | 1,000.00 | CCE666V110532 |
| 7 | 1972 | Chevrolet | Truck Flatbed | PU | $ | 500.00 | CCE432V102490 |
| 8 | 1996 | Dodge | Ram 2500 | PU | $ | 4,000.00 | 1B7KF26C4TS686797 |
| 9 | 1985 | Dodge | Ram Wagon B150 | VAN | | | 2B4HB11T9FK235433 |
| 10 | 1997 | Dodge | Ram Wagon B2500 | VAN | $ | 1,000.00 | 2B4HB25ZXVK505871 |
| 11 | 2003 | Dodge | Grand Caravan | PPRC | $ | 1,000.00 | 1D4GP24313B210032 |
| 12 | 1999 | Dodge | Grand Caravan | VAN | $ | 1,000.00 | 1B4GP44L1XB876593 |
| 13 | 2005 | Ford | F350 SRW Super Duty | PU | $ | 5,000.00 | 1FTWF31P55EA46374 |
| 14 | 1972 | Ford | Beet Truck | PU | $ | 500.00 | N70EVN33141 |
| 15 | 2014 | Ford | F350 Super Duty | TK | $ | 15,000.00 | 1FT8X3BT9EEB83125 |
| 16 | 1999 | Ford | F350 Super Duty | TK | $ | 500.00 | 1FDWF36F9XEC16735 |
| 17 | 1994 | Ford | F150 | TK | $ | 500.00 | 1FTEF15N4RLB61123 |
| 18 | 1992 | Ford | Ranger Super Cab | PU | $ | 500.00 | 1FTCR15X9NPA94666 |
| 19 | 2000 | Ford | Ranger Super Cab | | $ | - | 1FTYR14X4YTA35835 |
| 20 | 1999 | Freightliner | Med Convention FL60 | | $ | 4,000.00 | 1FV3GFAC9XHB98388 |
| 21 | 2004 | Freightliner | Med Convention FL70 | TKTR | $ | 6,000.00 | 1FVABTAK64DM28030 |
| 22 | 1966 | GMC | Truck | PU | $ | 500.00 | V14008D2961E |
| 23 | 2005 | GMC | New Sierra K1500 | TK | $ | 3,000.00 | 1GTEK14T95Z245795 |
| 24 | 2012 | Great Dane | Trailer | ST | $ | 5,000.00 | 1GRAA0626CB705166 |
| 25 | 1991 | International | 4900 | BOX | $ | 4,000.00 | 1HTSDNSN2MH356026 |
| 26 | 1974 | International | Truck | TK | $ | 500.00 | 10662DHA22931 |
| 27 | 2011 | International | Prostar Premium | TK | $ | 5,000.00 | 1HSCUSJR2BJ360997 |
| 28 | 2003 | Saturn | Vue | TK | $ | - | 5GZCZ63B73S801275 |
| 29 | 2007 | Utility Semi-Trailer | 53' storage trailer | TRLR | $ | 500.00 | 1UYVS25387M214303 |
| 30 | 1998 | Volvo | Conventional WG | TK | $ | 2,000.00 | 4VHJDLRF7WN860476 |
| 31 | 2001 | Ford | Econoline | Bus | $ | 1,000.00 | 1FDXE45S81HA85363 |
| 32 | 1988 | International | Truck - Bad Transmission | Box Van | $ | 250.00 | 1HTLDUXM7JH548763 |
| 33 | 1984 | International | Onion Box | Conveyor Truck | $ | 1,500.00 | 1HTAA17E5EHA12880 |
| 34 | 1984 | Kenworth | Onion Box | Conveyor Truck | $ | 1,500.00 | 1XKKD29X1EK358247 |
| 35 | 1985 | Freightliner | Winch Truck - Bad | Semi | $ | 1,000.00 | 1FUPYSYB3FP254111 |
| | | | | Vehicle Value | $ | 74,750.00 | |

Total Vehicles and Equipment Value    $    346,900.00

Star Farms, Inc.
Aged Receivables
As of Jul 26, 2023

| Customer | 0 - 7 | 14-Aug | 15 - 21 | Over 21 days | Amount Due |
|---|---|---|---|---|---|
| 5280 Produce | | $ 900.00 | | | $ 900.00 |
| American Produce | | | | $ 6,123.00 | $ 6,123.00 |
| Colo-Pac Produce | $ 3,960.00 | $ 870.00 | $ 2,217.00 | $ 12,733.00 | $ 19,780.00 |
| Kroger RASC | $ 3,535.20 | $ 9,478.00 | $ 8,116.80 | $ 47,960.40 | $ 69,090.40 |
| Safeway Stores, Inc. | $ 8,945.00 | $ 11,295.00 | $ 1,890.00 | $ 32,356.00 | $ 54,486.00 |
| Shamrock Foods Company | $ 880.00 | | $ 2,120.00 | $ 760.00 | $ 3,760.00 |
| US Foodservice | $ 15,186.00 | $ 12,388.00 | $ 5,215.00 | $ 15,549.00 | $ 48,338.00 |
| Valhalla Sales & Mktg | | $ 320.00 | | | $ 320.00 |
| What Chefs Want | $ 4,550.00 | $ 1,200.00 | $ 1,595.00 | $ 905.00 | $ 8,250.00 |
| | **$ 37,056.20** | **$ 36,451.00** | **$ 21,153.80** | **$ 116,386.40** | **$ 211,047.40** |

**Fill in this information to identify the case:**

Debtor name **Star Farms, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **23-13320**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 Blue Vine**
Creditor's Name

**401 Warren St**
**Redwood City, CA**
**94063-1578**
Creditor's mailing address

**www.bluevine.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Fintegra**
**2. Blue Vine**
**3. Kings Funding**
**4. Fundworks**
**5. Fundonatic**
**6. Fox Capital Group, LLC**
**7. Churchill Funding LLC**
**8. Quick Capital Funding**

**Describe debtor's property that is subject to a lien**
**Receivables as of 7/26/2023 (See Attachment)**

**Describe the lien**
**On-Line Merchant Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$194,384.39**     Value of collateral: **$211,047.00**

---

**2.2 Churchill Funding LLC**
Creditor's Name

**1800 Camden Rd**
**Charlotte, NC 28203-4690**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Receivables as of 7/26/2023 (See Attachment)**

**Describe the lien**
**On-Line Merchant Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes

Amount of claim: **$10,493.73**     Value of collateral: **$211,047.00**

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 5

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Star Farms, Inc.**
_____
Name

Case number (if known)   **23-13320**

---

**Date debt was incurred**

**Last 4 digits of account number**

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Fintegra
2. Blue Vine
3. Kings Funding
4. Fundworks
5. Fundonatic
6. Fox Capital Group, LLC
7. Churchill Funding LLC
8. Quick Capital Funding**

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **Fintegra** |
|---|---|

Creditor's Name

**99 Wall St Ste 686
New York, NY 10005-4301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Receivables as of 7/26/2023 (See Attachment)**

**Describe the lien**
**On-Line Merchant Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$125,800.00   $211,047.00

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Fintegra
2. Blue Vine
3. Kings Funding
4. Fundworks
5. Fundonatic
6. Fox Capital Group, LLC
7. Churchill Funding LLC
8. Quick Capital Funding**

As of the petition filing date, the claim is:
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.4 | **Fox Capital Group, LLC** |
|---|---|

Creditor's Name

**706 E 35th St
Savannah, GA 31401-8230**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Receivables as of 7/26/2023 (See Attachment)**

**Describe the lien**
**On-Line Merchant Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

$92,653.80   $211,047.00

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Star Farms, Inc.**
_____
Name

Case number (if known)   **23-13320**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **1. Fintegra** | ■ Disputed |
| **2. Blue Vine** | |
| **3. Kings Funding** | |
| **4. Fundworks** | |
| **5. Fundonatic** | |
| **6. Fox Capital Group, LLC** | |
| **7. Churchill Funding LLC** | |
| **8. Quick Capital Funding** | |

---

| 2.5 | **Fundonatic** | **Describe debtor's property that is subject to a lien** | $74,500.00 | $211,047.00 |
|---|---|---|---|---|
| | Creditor's Name | **Receivables as of 7/26/2023 (See Attachment)** | | |

**20200 W Dixie Hwy Ste 908
Miami, FL 33180-1926**
Creditor's mailing address

**Describe the lien**

**On-Line Merchant Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **1. Fintegra** | ■ Disputed |
| **2. Blue Vine** | |
| **3. Kings Funding** | |
| **4. Fundworks** | |
| **5. Fundonatic** | |
| **6. Fox Capital Group, LLC** | |
| **7. Churchill Funding LLC** | |
| **8. Quick Capital Funding** | |

---

| 2.6 | **Fundworks** | **Describe debtor's property that is subject to a lien** | $162,976.20 | $211,047.00 |
|---|---|---|---|---|
| | Creditor's Name | **Receivables as of 7/26/2023 (See Attachment)** | | |

**5990 Sepulveda Blvd Ste 300
Van Nuys, CA 91411-2523**
Creditor's mailing address

**Describe the lien**

**On-Line Merchant Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Debtor | Star Farms, Inc. | Case number (if known) | 23-13320 |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| **1. Fintegra** | ■ Unliquidated |
| **2. Blue Vine** | ■ Disputed |
| **3. Kings Funding** | |
| **4. Fundworks** | |
| **5. Fundonatic** | |
| **6. Fox Capital Group, LLC** | |
| **7. Churchill Funding LLC** | |
| **8. Quick Capital Funding** | |

---

| 2.7 | Kings Funding | Describe debtor's property that is subject to a lien | $73,694.10 | $211,047.00 |
|---|---|---|---|---|
| | Creditor's Name | Receivables as of 7/26/2023 (See Attachment) | | |

**1270 Avenue of the Americas Ste 811
New York, NY 10020**

Creditor's mailing address

**Describe the lien**

**On-Line Merchant Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| **1. Fintegra** | ■ Unliquidated |
| **2. Blue Vine** | ■ Disputed |
| **3. Kings Funding** | |
| **4. Fundworks** | |
| **5. Fundonatic** | |
| **6. Fox Capital Group, LLC** | |
| **7. Churchill Funding LLC** | |
| **8. Quick Capital Funding** | |

---

| 2.8 | Quick Capital Funding | Describe debtor's property that is subject to a lien | $79,029.66 | $211,047.00 |
|---|---|---|---|---|
| | Creditor's Name | Receivables as of 7/26/2023 (See Attachment) | | |

**2525 Main St
Irvine, CA 92614-6682**

Creditor's mailing address

**Describe the lien**

**On-Line Merchant Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Star Farms, Inc.**      Case number (if known)    **23-13320**

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **1. Fintegra** | ■ Disputed |
| **2. Blue Vine** | |
| **3. Kings Funding** | |
| **4. Fundworks** | |
| **5. Fundonatic** | |
| **6. Fox Capital Group, LLC** | |
| **7. Churchill Funding LLC** | |
| **8. Quick Capital Funding** | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$813,531.88**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company** PO Box 2576 Springfield, IL 62708-2576 | Line **2.3** | |
| **Corporation Service Company** PO Box 2576 Springfield, IL 62708-2576 | Line **2.5** | |
| **David Fogel, Esq.** 1225 Franklin Ave Ste 201 Garden City, NY 11530-1890 | Line **2.3** | |
| **First Corporate Solutions** 914 S St Sacramento, CA 95811-7025 | Line **2.3** | |
| **Lieberman and Klestzick** PO Box 356 Cedarhurst, NY 11516-0356 | Line **2.4** | |
| **Wolters Kluwer** 2700 Lake Cook Rd Riverwoods, IL 60015-3867 | Line **2.4** | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name __**Star Farms, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __**23-13320**__

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Agustin Arce Gomez**<br><br>**1504 WCR # 37**<br>**Lochbuie, CO 80603** | $3,799.05 | $3,799.05 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number __**2301**__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Alberto Angel Vera Chavez**<br><br>**78 W Walnut St Apt 301**<br>**Brighton, CO 80601-2851** | $4,162.62 | $4,162.62 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number __**2352**__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address
**Alonso Isreal Martinez Hernandez**

**1504 WCR # 37**
**Lochbuie, CO 80603**

Date or dates debt was incurred

Last 4 digits of account number **2306**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

$3,831.73    $3,831.73

---

**2.4** | Priority creditor's name and mailing address
**Alonso Rojas Reyes**

**131 W Egbert St Apt 103**
**Brighton, CO 80601-2837**

Date or dates debt was incurred

Last 4 digits of account number **2354**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$4,076.83    $4,076.83

---

**2.5** | Priority creditor's name and mailing address
**Angelo Palombo**

**2525 E 104th Ave Unit 1513**
**Thornton, CO 80233-6188**

Date or dates debt was incurred

Last 4 digits of account number **1000**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

$1,166.72    $1,166.72

---

**2.6** | Priority creditor's name and mailing address
**Anita Thrap**

**472 Birch Ave**
**Brighton, CO 80601-2944**

Date or dates debt was incurred

Last 4 digits of account number **2016**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

$1,909.27    $1,909.27

---

Debtor **Star Farms, Inc.**        Case number (if known) **23-13320**
_____
Name

| | | |
|---|---|---|
| 2.7   Priority creditor's name and mailing address<br>**Aurelio Torres**<br><br>**PO Box 1932**<br>**Commerce City, CO 80037-1932** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,258.48**     **$2,258.48** |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **2317**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.8   Priority creditor's name and mailing address<br>**Benito Santana Lopez**<br><br>**131 W Egbert St Apt 103**<br>**Brighton, CO 80601-2837** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,019.64**     **$4,019.64** |
| Date or dates debt was incurred | Basis for the claim:<br>**Wage claim** | |
| Last 4 digits of account number **2358**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.9   Priority creditor's name and mailing address<br>**Carlos Manuel Lara Medina**<br><br>**131 W Egbert St Apt 103**<br>**Brighton, CO 80601-2837** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,789.23**     **$1,789.23** |
| Date or dates debt was incurred | Basis for the claim:<br>**Wage claim** | |
| Last 4 digits of account number **2363**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | |
|---|---|---|
| 2.10   Priority creditor's name and mailing address<br>**Christian Torres Ramirez**<br><br>**78 W Walnut St Apt 301**<br>**Brighton, CO 80601-2851** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,052.32**     **$4,052.32** |
| Date or dates debt was incurred | Basis for the claim:<br>**Wage claim** | |
| Last 4 digits of account number **2348**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Debtor   **Star Farms, Inc.**
_____
Name

Case number (if known)   **23-13320**
_____

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,403.63 | $4,403.63 |

**Clemente Marcelino Rojas Morales**

**131 W Egbert St Apt 103**
**Brighton, CO 80601-2837**

Date or dates debt was incurred

Last 4 digits of account number **2364**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $903.00 | $0.00 |

**Colo Dept of Labor and Unemployment**

**PO Box 956**
**Denver, CO 80201-0956**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Colorado Unemployment**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,238.00 | $0.00 |

**Colorado Department Of Revenue**
**Attn: Bankruptcy Department**
**1375 Sherman St Rm 504**
**Denver, CO 80261-3000**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**State Withholding**

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,157.55 | $1,157.55 |

**Cynthia Pierog**

**4242 E Bromley Ln Apt F202**
**Brighton, CO 80601-7817**

Date or dates debt was incurred

Last 4 digits of account number **3012**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Star Farms, Inc.**                                             Case number (if known)   **23-13320**

_____
Name

| | | |
|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>**Daniel Salinas**<br><br>**6781 Albion St**<br>**Commerce City, CO 80022-2384** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$2,624.88**   **$2,624.88**

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number **2665**           Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| | | |
|---|---|---|
| 2.16 | Priority creditor's name and mailing address<br>**David Aguirre**<br><br>**7568 Kearney St**<br>**Commerce City, CO 80022-1336** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$214.23**   **$214.23**

Date or dates debt was incurred                    Basis for the claim:
                                                   **Wage claim**

Last 4 digits of account number **2009**           Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)            ☐ Yes

---

| | | |
|---|---|---|
| 2.17 | Priority creditor's name and mailing address<br>**Edgar Jesus Bonilla Velasco**<br><br>**65 N Kuner Rd Apt 211**<br>**Brighton, CO 80601-2891** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$3,819.48**   **$3,819.48**

Date or dates debt was incurred                    Basis for the claim:
                                                   **Wage claim**

Last 4 digits of account number **2345**           Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| | | |
|---|---|---|
| 2.18 | Priority creditor's name and mailing address<br>**Eduardo Zuniga Martinez**<br><br>**78 W Walnut St Apt 307**<br>**Brighton, CO 80601-2851** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$3,701.01**   **$3,701.01**

Date or dates debt was incurred                    Basis for the claim:
                                                   **Wage claim**

Last 4 digits of account number **2340**           Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address

**Enrique Flores Olivares**

**730 Mather St Apt 1D**
**Brighton, CO 80601-3135**

Date or dates debt was incurred

Last 4 digits of account number **2318**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

$3,897.09     $3,897.09

---

**2.20** | Priority creditor's name and mailing address

**Erik Omar Hernandez Rodriguez**

**78 W Walnut St Apt 301**
**Brighton, CO 80601-2851**

Date or dates debt was incurred

Last 4 digits of account number **2351**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

$4,162.62     $4,162.62

---

**2.21** | Priority creditor's name and mailing address

**Esteban Alvarez**

**6791 Highway 2 Lot 52**
**Commerce City, CO 80022-2411**

Date or dates debt was incurred

Last 4 digits of account number **2032**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

$5,175.70     $5,175.70

---

**2.22** | Priority creditor's name and mailing address

**Fausto Efrain Vera Chavez**

**78 W Walnut St Apt 301**
**Brighton, CO 80601-2851**

Date or dates debt was incurred

Last 4 digits of account number **2353**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

$4,052.32     $4,052.32

---

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address
**Feliciano Guzman Gomez**

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,431.40** | **$3,431.40**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2328**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address
**Felipe Lara Alvarez**

**131 W Egbert St Apt 103**
**Brighton, CO 80601-2837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,730.43** | **$4,730.43**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2357**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address
**Francisco Gomora Valdez**

**78 W Walnut St Apt 307**
**Brighton, CO 80601-2851**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,758.20** | **$3,758.20**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2334**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address
**Francisco Martinez Reyes**

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,562.12** | **$3,562.12**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2327**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address

**Francisco Torres**

PO Box 1932
Commerce City, CO 80037

Date or dates debt was incurred

Last 4 digits of account number **2268**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

**$2,258.48**   **$2,258.48**

---

**2.28** | Priority creditor's name and mailing address

**Gabriel Salinas**

78 W Walnut St Apt 307
Brighton, CO 80601-2851

Date or dates debt was incurred

Last 4 digits of account number **3054**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

**$2,697.88**   **$2,697.88**

---

**2.29** | Priority creditor's name and mailing address

**Gaudencio Gonzalez Sanchez**

180 S 20th Ave Apt B2
Brighton, CO 80601-2540

Date or dates debt was incurred

Last 4 digits of account number **2321**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

**$3,897.09**   **$3,897.09**

---

**2.30** | Priority creditor's name and mailing address

**German Lopez Garrido**

78 W Walnut St Apt 307
Brighton, CO 80601-2851

Date or dates debt was incurred

Last 4 digits of account number **2338**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
■ No
☐ Yes

**$2,875.84**   **$2,875.84**

---

Debtor **Star Farms, Inc.**
_____
Name

Case number (if known)   **23-13320**

---

**2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$120,000.00** | **$0.00**
**Internal Revenue Service**

PO Box 7346
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2004, 2005, 2009**

Basis for the claim:
**Quarterly Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,897.09** | **$3,897.09**
**Ivan Jimenez Velez**

180 S 20th Ave Apt B2
**Brighton, CO 80601-2540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2319**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,529.44** | **$3,529.44**
**Ivan Romero Fernandez**

55 N Kuner Rd Apt 212
**Brighton, CO 80601-2889**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2332**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,162.62** | **$4,162.62**
**J Jesus Valadez Saldana**

78 W Walnut St Apt 301
**Brighton, CO 80601-2851**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2346**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,937.94** | **$3,937.94** |
| --- | --- | --- | --- | --- |

**Jesus David Lara Torres**

☐ Contingent
☐ Unliquidated
☐ Disputed

**78 W Walnut St Apt 301**
**Brighton, CO 80601-2851**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2347**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,864.41** | **$3,864.41** |
| --- | --- | --- | --- | --- |

**Jesus Romero Rojas**

☐ Contingent
☐ Unliquidated
☐ Disputed

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2325**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,790.88** | **$3,790.88** |
| --- | --- | --- | --- | --- |

**Jose Alfredo Hernandez Lopez**

☐ Contingent
☐ Unliquidated
☐ Disputed

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2333**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,799.05** | **$3,799.05** |
| --- | --- | --- | --- | --- |

**Jose Antonio Alpizar Gonzales**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1504 WCR # 37**
**Lochbuie, CO 80603**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2305**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|

Name

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,897.09** | **$3,897.09** |
|---|---|---|---|---|

**Jose Carlos Huerta Ambrosio**

*Check all that apply.*
☐ Contingent

**180 S 20th Ave Apt B2**
**Brighton, CO 80601-2540**

☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2320**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,897.09** | **$3,897.09** |
|---|---|---|---|---|

**Jose Flores Velez**

*Check all that apply.*
☐ Contingent

**730 Mather St Apt 1D**
**Brighton, CO 80601-3135**

☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2312**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,790.88** | **$3,790.88** |
|---|---|---|---|---|

**Jose Guadalupe Sanchez Gomez**

*Check all that apply.*
☐ Contingent

**1504 WCR # 37**
**Lochbuie, CO 80603**

☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2309**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,978.79** | **$3,978.79** |
|---|---|---|---|---|

**Jose Isabel Salinas Sanabria**

*Check all that apply.*
☐ Contingent

**1504 WCR # 37**
**Lochbuie, CO 80603**

☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2308**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,897.09** | **$3,897.09** |
|---|---|---|---|---|

**Jose Marcos Flores Velez**

**730 Mather St Apt 1D**
**Brighton, CO 80601-3135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2314**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,790.88** | **$3,790.88** |
|---|---|---|---|---|

**Jose Trinidad Salinas Arce**

**1504 WCR # 37**
**Lochbuie, CO 80603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2311**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,346.44** | **$4,346.44** |
|---|---|---|---|---|

**Jose Zuniga Martinez**

**78 W Walnut St Apt 307**
**Brighton, CO 80601-2851**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2341**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,701.01** | **$3,701.01** |
|---|---|---|---|---|

**Juan Contreras Cerro**

**78 W Walnut St Apt 307**
**Brighton, CO 80601-2851**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2336**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

**2.47**

Priority creditor's name and mailing address
**Leticia Serrano**

**7110 Highway 2 Lot 24**
**Commerce City, CO 80022-2081**

Date or dates debt was incurred

Last 4 digits of account number **2749**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,084.56**     **$2,084.56**

---

**2.48**

Priority creditor's name and mailing address
**Luis David Martinez Morales**

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

Date or dates debt was incurred

Last 4 digits of account number **2326**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,431.40**     **$3,431.40**

---

**2.49**

Priority creditor's name and mailing address
**Luis Fernando Huerta Ambrocio**

**730 Mather St Apt 1D**
**Brighton, CO 80601-3135**

Date or dates debt was incurred

Last 4 digits of account number **2313**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,897.09**     **$3,897.09**

---

**2.50**

Priority creditor's name and mailing address
**Manuel Osorio Castillo**

**1504 WCR # 37**
**Lochbuie, CO 80603**

Date or dates debt was incurred

Last 4 digits of account number **2302**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,888.92**     **$3,888.92**

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,027.81 | $4,027.81 |
|---|---|---|---|---|

**Marco Antonio Salinas Arce**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**1504 WCR # 37**
**Lochbuie, CO 80603**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2303**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,897.09 | $3,897.09 |
|---|---|---|---|---|

**Marcos Alonzo Sanchez Medrano**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**730 Mather St Apt 1D**
**Brighton, CO 80601-3135**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2315**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,888.92 | $3,888.92 |
|---|---|---|---|---|

**Maria Del Carmen Gomora Valdes**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**78 W Walnut St Apt 307**
**Brighton, CO 80601-2851**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2337**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,888.92 | $3,888.92 |
|---|---|---|---|---|

**Mario Moises Garcia Viuquez**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**78 W Walnut St Apt 301**
**Brighton, CO 80601-2851**

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2349**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

**2.55** | Priority creditor's name and mailing address
**Martin Angel Arce Gomez**

1504 WCR # 37
Lochbuie, CO 80603

Date or dates debt was incurred

Last 4 digits of account number **2310**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
☑ No
☐ Yes

$3,790.88     $3,790.88

---

**2.56** | Priority creditor's name and mailing address
**Martin Salinas Lopez**

131 W Egbert St Apt 103
Brighton, CO 80601-2837

Date or dates debt was incurred

Last 4 digits of account number **2359**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
☑ No
☐ Yes

$3,937.94     $3,937.94

---

**2.57** | Priority creditor's name and mailing address
**Martina Gamora**

1504 WCR # 37
Brighton, CO 80601

Date or dates debt was incurred

Last 4 digits of account number **2042**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
☑ No
☐ Yes

$2,183.90     $2,183.90

---

**2.58** | Priority creditor's name and mailing address
**Mauricio Valdes Martinez**

131 W Egbert St Apt 103
Brighton, CO 80601-2837

Date or dates debt was incurred

Last 4 digits of account number **2362**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wage claim**

Is the claim subject to offset?
☑ No
☐ Yes

$3,954.28     $3,954.28

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

**2.59** | Priority creditor's name and mailing address
**Moises Zuniga**

**1504 WCR # 37**
**Brighton, CO 80601**

| As of the petition filing date, the claim is: | **$2,007.11** | **$2,007.11** |
| *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2283**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.60** | Priority creditor's name and mailing address
**Neftali Morales Ramirez**

**180 S 20th Ave Apt B2**
**Brighton, CO 80601-2540**

| As of the petition filing date, the claim is: | **$3,897.09** | **$3,897.09** |
| *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2322**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.61** | Priority creditor's name and mailing address
**Nicolas Lopez Rosas**

**730 Mather St Apt 1D**
**Brighton, CO 80601-3135**

| As of the petition filing date, the claim is: | **$3,897.09** | **$3,897.09** |
| *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2316**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.62** | Priority creditor's name and mailing address
**Noe Ly rubicel Rojas Sanchez**

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

| As of the petition filing date, the claim is: | **$3,529.44** | **$3,529.44** |
| *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2330**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address
**Oscar Gonzales Hernandez**

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

| As of the petition filing date, the claim is: | **$3,790.88** | **$3,790.88** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2323**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address
**Oscar Gonzalez Camacho**

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

| As of the petition filing date, the claim is: | **$4,264.74** | **$4,264.74** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2331**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address
**Pedro Alejandro Bonilla Velasco**

**65 N Kuner Rd Apt 211**
**Brighton, CO 80601-2891**

| As of the petition filing date, the claim is: | **$3,819.48** | **$3,819.48** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2344**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address
**Rebeca Margarita Nava Gomora**

**78 W Walnut St Apt 307**
**Brighton, CO 80601-2851**

| As of the petition filing date, the claim is: | **$3,888.92** | **$3,888.92** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2335**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,766.37 | $3,766.37 |
|---|---|---|---|---|
| | **Rene Salinas Lara** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **1504 WCR # 37** | ☐ Unliquidated | | |
| | **Lochbuie, CO 80603** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wage claim** | | |
| | Last 4 digits of account number **2307** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,537.56 | $1,537.56 |
|---|---|---|---|---|
| | **Reymundo Zuniga** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **PO Box 156** | ☐ Unliquidated | | |
| | **Commerce City, CO 80022** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2279** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,730.43 | $4,730.43 |
|---|---|---|---|---|
| | **Ricardo Reyes Rojas** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **131 W Egbert St Apt 103** | ☐ Unliquidated | | |
| | **Brighton, CO 80601-2837** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wage claim** | | |
| | Last 4 digits of account number **2360** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,297.42 | $4,297.42 |
|---|---|---|---|---|
| | **Rodolfo Salinas Javier** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **1504 WCR # 37** | ☐ Unliquidated | | |
| | **Lochbuie, CO 80603** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wage claim** | | |
| | Last 4 digits of account number **2304** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
|---|---|---|---|
| | Name | | |

---

**2.71** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,954.28** | **$3,954.28**

**Roger Jesus Reyes Arce**

**131 W Egbert St Apt 103**
**Brighton, CO 80601-2837**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2361**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.72** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,035.98** | **$4,035.98**

**Samuel Rojas Reyes**

**131 W Egbert St Apt 103**
**Brighton, CO 80601-2837**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2356**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.73** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,464.08** | **$3,464.08**

**Samuel Vidal Velasco**

**78 W Walnut St Apt 307**
**Brighton, CO 80601-2851**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2339**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.74** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,937.94** | **$3,937.94**

**Saul Salinas Mendosa**

**131 W Egbert St Apt 103**
**Brighton, CO 80601-2837**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2355**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Star Farms, Inc.**
_____
Name

Case number (if known)   **23-13320**

| | | |
|---|---|---|

**2.75** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,618.23** | **$3,618.23**

**Simon Depaz**

**7463 Kearney St**
**Commerce City, CO 80022-1334**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2267**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

**2.76** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,562.12** | **$0.00**

**Ulises Romero Fernandes**

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2329**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

**2.77** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,529.44** | **$3,529.44**

**Vicente Roman Reynoso**

**55 N Kuner Rd Apt 212**
**Brighton, CO 80601-2889**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2324**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

**2.78** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,003.83** | **$2,003.83**

**Vicente Zuniga**

**7280 E 74th Ave**
**Commerce City, CO 80022-1608**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wage claim**

Last 4 digits of account number **2095**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with **NONPRIORITY** Unsecured Claims

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |

Name

---

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$811.98**

**Century Link**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 29040
Phoenix, AZ 85038-9040

**Basis for the claim:** __Utilities__

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,999.41**

**CMS Commercial Regrigeration & Heating**

☐ Contingent
☐ Unliquidated
☐ Disputed

1500 W Thornton Pkwy Lot 460
Thornton, CO 80260-5439

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,096.82**

**Enviro Gas**

☐ Contingent
☐ Unliquidated
☐ Disputed

125 W Bridge St Ste F
Brighton, CO 80601-2834

**Basis for the claim:** __Utilities__

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,438.09**

**Itrade Network**

☐ Contingent
☐ Unliquidated
☐ Disputed

4160 Dublin Blvd Ste 310
Dublin, CA 94568-7756

**Basis for the claim:** __Utilities__

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200,000.00**

**Kosmiski Family Partnership, LLLP**

☐ Contingent
■ Unliquidated
☐ Disputed

13854 Ashgrove Cir
Parker, CO 80134-3931

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.23**

**Long Distance Consolidated Billing CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

4010 W Walton Blvd Ste B
Waterford Township, MI 48329-4192

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __4122__

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112,275.93**

**Mark Villano Produce CO**

☐ Contingent
☐ Unliquidated
☐ Disputed

13316 Olive St
Thornton, CO 80602-8162

**Basis for the claim:** __Produce Sales__

Date(s) debt was incurred __

Is the claim subject to offset? ■ No ☐ Yes

Last 4 digits of account number __

---

| Debtor | Star Farms, Inc. | Case number (if known) | 23-13320 |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.50 |
|---|---|---|---|

**Mountain Sales & Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

6759 E 50th Ave
Commerce City, CO 80022-4618

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred __

Is the claim subject to offset? ☒ No  ☐ Yes

Last 4 digits of account number __

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**One Network**

☐ Contingent
☐ Unliquidated
☐ Disputed

4055 Valley View Ln Ste 1000
Dallas, TX 75244-5069

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ☒ No  ☐ Yes

Last 4 digits of account number __

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,098.00 |
|---|---|---|---|

**Pinnacol Assurance**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 561434
Denver, CO 80012

**Basis for the claim:** __Unemployment Insurance__

Date(s) debt was incurred __

Is the claim subject to offset? ☒ No  ☐ Yes

Last 4 digits of account number __

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

**Procurant**

☐ Contingent
☐ Unliquidated
☐ Disputed

180 Westridge Dr Ste 100
Watsonville, CA 95076-6683

**Basis for the claim:** __Computer__

Date(s) debt was incurred __

Is the claim subject to offset? ☒ No  ☐ Yes

Last 4 digits of account number __

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,163.58 |
|---|---|---|---|

**United Power**

☐ Contingent
☐ Unliquidated
☐ Disputed

500 Cooperative Way
Brighton, CO 80603-8728

**Basis for the claim:** __Utilities__

Date(s) debt was incurred __

Is the claim subject to offset? ☒ No  ☐ Yes

Last 4 digits of account number __

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $667.38 |
|---|---|---|---|

**United Site Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 660475
Dallas, TX 75266-0475

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ☒ No  ☐ Yes

Last 4 digits of account number __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,100.00 |
|---|---|---|---|

**United Vision Logistics**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 975357
Dallas, TX 75397-5357

**Basis for the claim:** __

Date(s) debt was incurred __

Is the claim subject to offset? ☒ No  ☐ Yes

Last 4 digits of account number __

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | Star Farms, Inc. | Case number (if known) | 23-13320 |
|---|---|---|---|
| | Name | | |

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Universal Chain Inc.**

3461 Ringsby Ct Ste 150
Denver, CO 80216-4945

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$772.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

**US Bank**

PO Box 790408
Saint Louis, MO 63101

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$14,483.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Credit Card Purchases_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Waste Connections of Colorado**

5500 Franklin St
Denver, CO 80216-1538

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$128.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Westfield Insurance**
**Cherry Creek Ins Group**
155 Inverness Dr W
Centennial, CO 80112-5095

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$5,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Insurance_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

**Xcel Energy**

PO Box 9477
Minneapolis, MN 55484-0001

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$5,086.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arant Law**<br>19751 E Mainstreet<br>Parker, CO 80138-7378 | Line _3.5_<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Colorado Attorney General**<br>1300 N Broadway Fl 7<br>Denver, CO 80203-2104 | Line _2.13_<br><br>☐ Not listed. Explain ____ | __ |

---

| Debtor | **Star Farms, Inc.** | Case number (if known) | **23-13320** |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.3 | **Colorado Attorney General**<br>**1300 N Broadway Fl 7**<br>**Denver, CO 80203-2104** | Line **2.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **IRS District Counsel**<br>**600 17th St Ste 300**<br>**Denver, CO 80202-5446** | Line **2.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Jill Klancke, Esq.**<br>**2833 S Colorado Blvd**<br>**Denver, CO 80222-6609** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Pinnacol Assurance**<br>**7501 E Lowry Blvd**<br>**Denver, CO 80230-7006** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 391,311.68 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,373,662.02 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,764,973.70 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Star Farms, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **23-13320**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Farm Lease of Shop Property 1876 WCR 37, Lochbuie** | |
| State the term remaining | |
| List the contract number of any government contract — **Derald Belio** | **1876 WCR 37 LLC**<br>**6620 Newton Ct**<br>**Arvada, CO 80003-6421** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Farm Lease of Fukaye-North 104th & Riverdaley, Thornton** | |
| State the term remaining | |
| List the contract number of any government contract | **City of Thornton**<br>**9500 Civic Center Dr**<br>**Thornton, CO 80229-4326** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Farm Lease of Fukaye-South 104th & McKay, Thornton** | |
| State the term remaining | |
| List the contract number of any government contract | **City of Thornton**<br>**12450 Washington St**<br>**Thornton, CO 80241-2405** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Farm Lease of Fukaye Open Space 104th & McKay, Thornton** | |
| State the term remaining | |
| List the contract number of any government contract | **County Manager-Adams County**<br>**4430 S Adams County Pkwy**<br>**Brighton, CO 80601-8222** |

Debtor 1  **Star Farms, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **23-13320**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Kuner properties for H2A housing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Crestone Brighton Partners, LLC**<br>**2589 Bitterroot Pl**<br>**Highlands Ranch, CO 80129-6475** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Farm Lease of English Property WCR 41 and WCR 12** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **English Farms**<br>**14111 County Road 2**<br>**Wiggins, CO 80654-8703** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Farm Lease of Jacks Property 14094 WCR 8, Fort Lupton** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Erik Krening**<br>**14094 WCR 8**<br>**Fort Lupton, CO 80621** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Warehouse 1514 WCR 37, Lochbuie** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kosmiski Family Partnership, LLLP**<br>**13854 Ashgrove Cir**<br>**Parker, CO 80134-3931** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Mather and Egbert properties for H2A housing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Phoenix Brighton Partners, LLC**<br>**2589 Bitterroot Place**<br>**Highlands Ranch,** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1    **Star Farms, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **23-13320**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10.  State what the contract or lease is for and the nature of the debtor's interest | **Farm Lease of Leon North**<br>**14171 WCR 8, Fort Lupton** |
| State the term remaining | |
| List the contract number of any government contract | **Rocco Leon**<br>**12440 Tucson St**<br>**Henderson, CO 80640-9445** |
| 2.11.  State what the contract or lease is for and the nature of the debtor's interest | **Farm Lease of Leon South**<br>**5460 E. 104th Ave., Thornton** |
| State the term remaining | |
| List the contract number of any government contract | **Rocco Leon**<br>**12440 Tucson St**<br>**Henderson, CO 80640-9445** |
| 2.12.  State what the contract or lease is for and the nature of the debtor's interest | **Farm Lease of Spayd Property**<br>**6971 WCR 41** |
| State the term remaining | |
| List the contract number of any government contract | **Spayd Hay Company**<br>**6971 WCR 41**<br>**Hudson, CO 80642** |
| 2.13.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of 78 Walnut Street for H2A housing** |
| State the term remaining | |
| List the contract number of any government contract | **Walnut Brighton Partners LLC**<br>**2589 Bitterroot Place**<br>**Highlands Ranch,** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name     **Star Farms, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     **23-13320**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Angelo Palombo** | **2525 E 104th Ave Unit 1513 Thornton, CO 80233-6188** | **Blue Vine** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **Angelo Palombo** | **2525 E 104th Ave Unit 1513 Thornton, CO 80233-6188** | **Fintegra** | ■ D __2.3__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | **Angelo Palombo** | **2525 E 104th Ave Unit 1513 Thornton, CO 80233-6188** | **Fox Capital Group, LLC** | ■ D __2.4__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | **Angelo Palombo** | **2525 E 104th Ave Unit 1513 Thornton, CO 80233-6188** | **Fundonatic** | ■ D __2.5__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | **Angelo Palombo** | **2525 E 104th Ave Unit 1513 Thornton, CO 80233-6188** | **Fundworks** | ■ D __2.6__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.6 | **Angelo Palombo** | **2525 E 104th Ave Unit 1513 Thornton, CO 80233-6188** | **Kings Funding** | ■ D __2.7__ <br> ☐ E/F ____ <br> ☐ G ____ |

Debtor    **Star Farms, Inc.**

Case number *(if known)*    **23-13320**

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | **Angelo Palombo** | **2525 E 104th Ave Unit 1513**<br>**Thornton, CO 80233-6188** | **Kosmiski Family Partnership, LLLP** | ☐ D ____<br>■ E/F ___3.5___<br>☐ G ____ |
| 2.8 | **Angelo Palombo** | **2525 E 104th Ave Unit 1513**<br>**Thornton, CO 80233-6188** | **Quick Capital Funding** | ■ D ___2.8___<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name       **Star Farms, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **23-13320**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2023**          X **/s/ Angelo Palombo**
                                            Signature of individual signing on behalf of debtor

                                            **Angelo Palombo**
                                            Printed name

                                            **CEO**
                                            Position or relationship to debtor